# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALISHA MORELAND | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DELANOR KEMPER & | : | NO. 11-3762 |
| ASSOCIATES, LLC and | : | |
| JOHN QUINN | : | |

## ORDER

**AND NOW**, this 13th day of March, 2012, upon consideration of the Motion for Entry of Judgment in Sum Certain (Docket No. 5) and after a hearing, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of the plaintiff and against the defendants Delanor Kemper & Associates, LLC, d/b/a Delanor Kemper & Associates and John Quinn, jointly and severally in the amount of $7,642.59, which sum includes attorney's fees and costs in the amount of $6,642.59.

/s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.